NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SYMANTEC CORPORATION,**
*Appellant*

v.

**VEEAM SOFTWARE CORPORATION,**
*Appellee*

2015-1894

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00090.

**ON MOTION**

**O R D E R**

Upon consideration of Symantec Corporation's unopposed motion to file a corrected opening brief,

IT IS ORDERED THAT:

(1) The motion is granted. The brief is accepted for filing.

(2) Veeam Software Corporation's response brief is due no later than November 30, 2015.

2 SYMANTEC CORPORATION v. VEEAM SOFTWARE CORPORATION

          F<small>OR THE</small> C<small>OURT</small>

          <u>/s/ Daniel E. O'Toole</u>
          Daniel E. O'Toole
          Clerk of Court

s26